IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02324-AP

LOIS R. KLOBAS

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Alan M. Agee
ALAN M. AGEE, P.C.
512 S. 8th Street
Colorado Springs, CO 80905
Telephone: (719) 473-1515
ageealanmpc@qwestoffice.net

For Defendant:

DAVID M. GAOUETTE
Acting United States Attorney
District of Colorado

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
kevin.traskos@usdoj.gov

ANTHONY J. NAVARRO
Special Assistant U. S. Attorney
1961 Stout Street, Suite 1001A
Denver, CO 80294
Telephone: (303) 844-7278
Facsimile: (303) 844-0770
anthony.navarro@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

- A.  Date Complaint Was Filed: <u>October 27, 2008</u>
- B.  Date Complaint Was Served on U.S. Attorney's Office: <u>October 31, 2008</u>
- C.  Date Answer and Administrative Record Were Filed: <u>January 6, 2009</u>

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate. Until they complete briefing, the parties will not know for certain whether the record is complete.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

Until they complete briefing, the parties will not know for certain whether the record is complete. But the parties do not currently intend to submit additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7.  OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

**8. BRIEFING SCHEDULE**

    A.    Plaintiff's Opening Brief Due:    <u>March 17, 2009</u>

    B.    Defendant's Response Brief Due:    <u>April 16, 2009</u>

    C.    Plaintiff's Reply Brief (if any) Due:    <u>May 1, 2009</u>

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    Plaintiff's Statement:  <u>Plaintiff requests oral argument</u>.

    B.    Defendant's Statement:  <u>Defendant does not request oral argument.</u>

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    A.    ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
    B.    ( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

Parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR 7.1(A) by conferring, or making reasonable, good faith efforts to confer, with opposing counsel or *pro se* party before filing the motion.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 26th day of January, 2009.

                                    BY THE COURT:

                                    *S/John L. Kane*
                                    U.S. DISTRICT COURT JUDGE

APPROVED:

<u>For Plaintiff</u>:

<u>s/ Alan M. Agee</u>
Alan M. Agee
ALAN M. AGEE, P.C.
512 S. 8th Street
Colorado Springs, CO 80905
Telephone: (719) 473-1515
ageealanmpc@qwestoffice.net


<u>For Defendant</u>:

DAVID M. GAOUETTE
Acting United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

By: <u>s/ Anthony J. Navarro</u>
     Anthony J. Navarro
     Special Assistant United States Attorney
     Social Security Administration
     1961 Stout Street, Suite 1001A
     Denver, Colorado 80294
     (303) 844-7278
     (303) 844-0770 (facsimile)
     anthony.navarro@ssa.gov